IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERTA KELLY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE JONUS GROUP, LLC | : | NO. 24-5354 |

## ORDER

**AND NOW**, this 7th day of January, 2025, upon consideration of Defendant's Motion to Dismiss (Docket No. 9) and Plaintiff's response thereto, and for the reasons explained in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** as unopposed insofar as it seeks dismissal of Plaintiff's declaratory judgment claim with respect to the non-competition clause contained in Plaintiff's employment agreement. The Motion is **DENIED** in all other respects. Defendant shall have twenty days from the entry of this order to file a supplementary response to Plaintiff's pending Motion for a Speedy Hearing Under Rule 57 (Docket No. 5.)

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.